# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 17, 2015

_____

## STATUS REPORT
## FOLLOW-UP NOTICE

_____

No. 15-4226,   US v. Lorene Chittenden
               1:12-cr-00394-LO-4

TO:   United States of America
      Lorene Chittenden

**STATUS REPORT DUE:  06/29/2015**

This case is directly related to 14-4768(L) and requires a status report.
You must remedy this default by the due date shown. Failure to comply with the court's rules and instructions may result in initiation of disciplinary action under Local [Rule 46(g)](#).

Barbara H. Rowe, Deputy Clerk
804-916-2704

Copies:   John Staige Davis V
          James Philip Gillis
          Julia K. Martinez
          Joseph Ray Pope